UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENDRICK SCOTT,

    Petitioner,

                                        Case No: 03-73737
                                        HON. AVERN COHN

v.

DAVID JAMROG,

    Respondent.
_____/

## ORDER DENYING A CERTIFICATE OF APPEALABILITY

    This is a habeas case under 28 U.S.C. §2254. Kendrick Scott ("Petitioner"), filed a pro se petition for writ of habeas corpus claiming that he is incarcerated in violation of his constitutional rights, raising seven claims. Respondent argued that Petitioner's claims lack merit. The Court agreed and denied the petition. See Opinion and Order Denying Petition for Writ of Habeas Corpus, filed September 28, 2006.

    Petitioner has filed a notice of appeal. Before Petitioner can appeal the Court's decision, a certificate of appealability (COA) must issue. See 28 U.S.C. § 2254(c)(1)(A) and Fed. R. App. P. 22(b). A COA may be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). In Slack v. McDaniel, 529 U.S. 473, 120 S. Ct. 1595 (2000), the United States Supreme Court held that where, as here, a petition is rejected on the merits, "the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." 120 S. Ct. at 1604. The Supreme Court recently explained that "[t]his threshold inquiry does not require full consideration of the

factual or legal bases adduced in support of the claims." Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003). "A prisoner seeking a COA must prove 'something more than the absence of frivolity' 'or the existence of mere good faith on his or her part.'" A prisoner need not prove that "some jurists would grant the petition for habeas corpus .... a claim can be debatable even though every jurist of reason might agree, after the COA has been granted and the case has received full consideration, that petitioner will not prevail." Id. at 1040.

In this Circuit, the Court must make an individualized determination of each claim raised in the petition in considering whether or not to grant a COA. See Murphy v. State of Ohio, 263 F.3d 466 (6th Cir. 2001) (per curiam). Moreover, where a Petitioner files a notice of appeal, the Court must issue a order granting or denying a COA. Castro v. United States, 310 F.3d 900 (6th Cir. 2002) (per curiam).

Here, the Court fully considered Petitioner's claims and denied them on the merits. Under these circumstances, the Court relies on all of the reasons stated in the Opinion and Order of September 28, 2006 and concludes that reasonable jurists would not find the Court's conclusions debatable or wrong. Accordingly, a COA is DENIED.

SO ORDERED.

Dated: January 4, 2007         s/Avern Cohn
                               AVERN COHN
                               UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the parties of record, Kendrick Scott, 315222, Bellamy Creek Correctional Facility, 1727 West Bluewater Highway, P.O. Box 1888, Ionia, MI 48846 on this date, January 4, 2007, by electronic and/or ordinary mail.

                                s/Julie Owens
                                Case Manager, (313) 234-5160